UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 18-802-MWF(JPRx)**                                Dated: **March 7, 2018**

Title:    Construction Laborers Trust Funds for Southern California Administrative Company -*v*- Luis Alberto Parra, etc., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                    None Present

PROCEEDINGS (IN CHAMBERS):     ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

In light of the Default By Clerk [25] entered on March 5, 2018, the Court sets a hearing for Order To Show Cause Re Default Judgment as to State National Insurance Company, Inc. for April 9, 2018 at 11:30 a.m. If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

Any Motion for default judgment must comply with the Court's Procedures and Schedules. *See* http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

IT IS SO ORDERED.