UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>              Plaintiff,<br><br>      vs.<br><br>LUIS ALBERTO PARRA, etc.; et al,<br><br>              Defendants. | CASE NO.: 2:18-cv-00802 MWF-JPR<br><br>**FIRST RENEWAL OF JUDGMENT BY CLERK** |

On February 12, 2019 [docket no. 107]  Judgment was entered (hereinafter referred to as "JUDGMENT CREDITOR"), in favor of Plaintiff and Judgment Creditor, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, the administrator, agent for collection and a fiduciary to the Laborers Health And Welfare Trust Fund For Southern California, Construction Laborers Pension Trust For Southern California, Construction Laborers Vacation Trust For Southern California, Laborers Training And Re-Training Trust Fund For Southern California, Fund For Construction Industry Advancement, Center For Contract Compliance, Laborers Contract Administration Trust Fund For Southern California, Laborers' Trusts Administrative Trust Fund For Southern California, and Southern California Partnership For Jobs Industry

1

Advancement Fund and against Judgment Debtors, LUIS ALBERTO PARRA, an individual doing business under the business names of LUIS PARRA CONSTRUCTION, PARRA CONSTRUCTION, and ALEX FENCE, and as a partner of CLAY HOGGARD; CLAY HOGGARD, also known as CLAYTON HOGGARD, GURNEY HOGGARD, and GURNEY CLAYTON HOGGARD II, an individual doing business under the business names of LUIS PARRA CONSTRUCTION, PARRA CONSTRUCTION, and ALEX FENCE and as a partner of LUIS ALBERTO PARRA; and ALEXIS FENCE, a California corporation) in the amount of $120,759.42.

Abstracts of Judgment were recorded as follows:

| County | Instrument Number | Recording Date |
|--------|-------------------|----------------|
| Fresno | 2019-0050285 | May 15, 2019 |
| Kern | 219070383 | June 17, 2019 |

A Judgment Lien extension was filed with the California Secretary of State on February 14, 2024 as instrument number #U240016132017 against DEBTORS.

The money Judgment against DEBTORS is renewed in the amount of **$144,387.47** as follows:

Renewal of Money Judgment:

a.  Total  JUDGMENT …………………………………… $ 120,759.42

b.  Costs after Judgment………………………………$        0.00

c.  Payments towards Judgment…………………………$        0.00

d.  Interest after Judgment computed from February 12, 2019 to February 10, 2026 at 2.56% accruing at $5.58 per day…………………………… $   23,628.05

e.  Total Renewed Judgment…………………………… $ 144,387.47

DATED:  February 18, 2026                                  _____

CLERK OF THE COURT

2